*In the matter of the Petition of* JOHN W. AND N. R. SIM-
MONS *for a writ of Habeas Corpus.*

APPEAL—*Suspension of Judgment.    City of Miltonvale v. Lanoue,* 35 Kas.
603, followed.

*Original Proceedings in Habeas Corpus.*

AT the February term, 1888, of the district court of Lin-
coln county, the petitioners, *John W.* and *N. R. Simmons,* were
convicted for contempt in disobeying a subpena to attend as
witnesses in said court.  The opinion herein was filed at the
session of the court in April, 1888.

*David Ritchie,* and *W. W. Smith,* for petitioners.

*Ed. F. Coad,* county attorney, and *Irwin Taylor,* for The
State.

*Per Curiam:* The defendants will be discharged, upon the
authority of *City of Miltonvale v. Lanoue,* 35 Kas. 606.   In
that case it was said, among other things:

"Pending the appeal in the supreme court, [in a case for a
fine and costs and imprisonment therefor, until paid,] we think
the entire judgment is suspended—that with regard to the
imprisonment, as well as that with regard to the payment of
a fine or costs."